JOSEPH P. HARDY
Nevada Bar No. 7370
DAVID W. GUTKE
Nevada Bar No. 9820
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com
dgutke@gordonrees.com

*Attorneys for Defendant*
*CSD, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE LORD, an individual, | CASE NO. 2:14-cv-200-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CSD, LLC, a Nevada limited liability company, | |
| Defendant. | |

Plaintiff MICHELLE LORD, by and through her attorney PATRICK N. CHAPIN, of the law firm of Patrick N. Chapin, Ltd., and Defendant CSD, LLC, by and through its attorneys JOSEPH P. HARDY and DAVID W. GUTKE, of the law firm of Gordon & Rees LLP, hereby stipulate that the above-entitled matter be dismissed in its entirety with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Trial has not been set in this matter, and no motions are pending.

DATED this \_\_14\_\_ day of May, 2014.    DATED this \_\_14th\_\_ day of May, 2014.

GORDON & REES LLP                          PATRICK N. CHAPIN, LTD.

_____            _____
JOSEPH P. HARDY                            PATRICK N. CHAPIN
Nevada Bar No. 7370                        Nevada Bar No. 4946
DAVID W. GUTKE                             129 Cassia Way
Nevada Bar No. 9820                        Henderson, Nevada  89014
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169                   *Attorneys for Plaintiff*

*Attorneys for Defendant*
*CSD, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 15, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GORDON & REES LLP

_____
JOSEPH P. HARDY
Nevada Bar No. 7370
DAVID W. GUTKE
Nevada Bar No. 9820
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169

*Attorneys for Defendant*
*CSD, LLC*